**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Julian GARCIA–LONZO, Defendant–
Appellant.**

No. 00–50208.

D.C. No. CR–99–97–AHS.

United States Court of Appeals,
Ninth Circuit.

Submitted June 11, 2001.[1]

Decided June 25, 2001.

Before O'SCANNLAIN, SILVERMAN,
and GOULD, Circuit Judges.

MEMORANDUM[2]

Julian Garcia–Lonzo appeals the judgment of conviction and 77–month sentence following his guilty plea to a single count of being a deported alien found in the United States in violation of 8 U.S.C. § 1326. Garcia–Lonzo contends that in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), section 1326(b)(2) is unconstitutional because it allows a court to increase the maximum penalty at sentencing, based on whether a defendant was deported subsequent to a prior conviction for an aggravated felony, without submitting this fact to a jury for proof beyond a reasonable doubt. This contention is foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998) (upholding enhancement where the defendant admitted to underlying felony convictions and subsequent deportation) and by *United States v. Pacheco–Zepeda,* 234 F.3d 411 (9th Cir.2000), *as amended* (Feb. 8, 2001), *cert. denied,* —— U.S. ——, 121 S.Ct. 1503, 149 L.Ed.2d 388 (2001).

in this court. *See* 9th Cir. R. 22–1(d); *United States v. Christakis,* 238 F.3d 1164, 1168 n. 5 (9th Cir.2001).

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a); 9th Cir. R. 34–4.

2. This disposition is not appropriate for publication and may not be cited to or by the

AFFIRMED.[3]

**3.** The motion of the United States to dismiss the appeal is denied.

**1.** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**2.** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.